## DEWEY PEGNO & KRAMARSKY LLP

777 THIRD AVENUE  NEW YORK, NEW YORK  10017

PHONE: (212) 943-9000   FACSIMILE: (212) 943-4325

WWW.DPKLAW.COM

December 18, 2017

**VIA ECF**

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  *Car Tattoos Decals & Sportswear, Ltd. v. Contextlogic, Inc., 17-CV-7774 (LGS)*

Dear Judge Schofield:

    We are local counsel for the defendant, and write regarding the initial pretrial conference scheduled with the Court for Wednesday, December 20, 2017, at 10:30am.

    Lead counsel for the defendant is Dwight D. Lueck, of Barnes & Thornburg LLP's Indianapolis, Indiana office. Mr. Lueck has been admitted to appear in this case *pro hac vice*. Pursuant to the Order setting the conference, we ask that Mr. Lueck be permitted to attend the conference by telephone. I will appear at the conference in person.

    Counsel for plaintiff consents to this request.

                      Respectfully submitted,

                      David S. Pegno

cc:    Todd Wengrovsky, Esq. (contact@twlegal.com)