**DEWEY PEGNO & KRAMARSKY LLP**

777 THIRD AVENUE  NEW YORK, NEW YORK  10017

PHONE: (212) 943-9000  FACSIMILE: (212) 943-4325

WWW.DPKLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/17

December 18, 2017

<u>VIA ECF</u>

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re:  <u>*Car Tattoos Decals & Sportswear, Ltd. v. Contextlogic, Inc.*, 17-CV-7774 (LGS)</u>

Dear Judge Schofield:

  We are local counsel for the defendant, and write regarding the initial pretrial conference scheduled with the Court for Wednesday, December 20, 2017, at 10:30am.

  Lead counsel for the defendant is Dwight D. Lueck, of Barnes & Thornburg LLP's Indianapolis, Indiana office. Mr. Lueck has been admitted to appear in this case *pro hac vice*. Pursuant to the Order setting the conference, we ask that Mr. Lueck be permitted to attend the conference by telephone. I will appear at the conference in person.

  Counsel for plaintiff consents to this request.

           Respectfully submitted,

           David S. Pegno

cc:  Todd Wengrovsky, Esq. (contact@twlegal.com)

Dated: December 19, 2017
   New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**