# LAW OFFICES OF
# TODD WENGROVSKY, PLLC.

**285 Southfield Road, Box 585**
**Calverton, New York 11933**
**Tel (631) 727-3400**
**Fax (631) 727-3401**
contact@twlegal.com

<u>via ECF</u>                                                                                          April 4, 2018

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007                               <u>Re: Car Tattoos Decals & Sportswear, Ltd. v.</u>
                                                                    <u>Contextlogic, Inc., SDNY 17-CV-7774</u>

Dear Judge Schofield:

      I represent Plaintiff Car Tattoos Decals & Sportswear, Ltd. ("Car Tattoos") in the above-referenced action, and this is to provide a status report pursuant to Your Honor's Individual Rule IV.A.2.

      Plaintiff's Complaint was filed on October 11, 2017. Defendant filed its Answer and Counterclaim on November 9, 2017. No motions have been filed in the case, and no motions are contemplated in the short term.

      The parties exchanged their Initial Disclosures on February 7, 2018. The parties have also exchanged written discovery responses, and are currently working on completing document production. The parties will ensure that the remaining Court ordered discovery deadlines will be met.

      The parties are currently discussing settlement and are making progress towards resolving the litigation. The parties are open to a Settlement Conference before a Magistrate Judge, but prefer to have a limited amount of time to resolve the matter privately first. Document production in the short term is expected to facilitate settlement discussions.

                                                                                 Respectfully submitted,

                                                                                 <u>/s/ Todd Wengrovsky</u>

                                                                                 Todd Wengrovsky